JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAY 2 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN ARELLANO, et al.,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No.: CV14-5638 R (AJWx)<br><br>Complaint Filed: July 21, 2014<br><br>[PROPOSED] ORDER RE JOINT STIPULATION FOR DISMISSAL FOR PLAINTIFF RUBEN ARELLANO AND REQUEST FOR COURT APPROVAL<br><br>Trial Date: September 15, 2015<br>Final Pretrial Conf.: August 17, 2015<br>Discovery Cut-Off: July 27, 2015 |

Counsel for the Parties have stipulated to the dismissal of this action as it relates to the claims of the sole remaining plaintiff, RUBEN ARELLANO. These claims were originally asserted following decertification of two collective actions that sought damages under the Fair Labor Standards Act (FLSA) on behalf of police officers employed by the City of Los Angeles' Police Department (LAPD).[1] Plaintiff RUBEN ARELLANO's claims were included with those asserted on behalf of 41 additional officers who were also opt-in members of the original collective actions until decertification in May 2014. The claims of the 41 other

---

[1] *Alaniz v. City of Los Angeles* (Case No. 2:04-cv-08592-AG-AJWx) and *Cesar Mata v. City of Los Angeles* (Case No. 2:07-cv-06782-AG-AJWx).

929249.1 LO160-072

officers were subsequently dismissed due to misjoinder and only the claims of Plaintiff RUBEN ARELLANO remain actively pending.[2]

The Court has reviewed the Joint Stipulation for Dismissal and is of the opinion that dismissal of Plaintiff RUBEN ARELLANO's claims for failing to provide discovery responses and for lack of prosecution is fair and appropriate given the circumstances. For the foregoing reasons,

THE COURT HEREBY MAKES THE FOLLOWING ORDER:

The dismissal of this action is fair and appropriate due to the Plaintiff's failure to respond to discovery and/or failure to prosecute this action. The Joint Stipulation for Dismissal filed by the Parties' Counsel is hereby approved. This case is dismissed with prejudice. ~~Additionally, Plaintiff's Counsel is hereby granted leave to withdraw as legal counsel of record for the Plaintiff. Plaintiff's Counsel shall immediately mail notice of this Order to the Plaintiff's last known address.~~

IT IS SO ORDERED.

Dated: 5-26-15

HON. MANUEL L. REAL
United States District Judge

---

[2] Plaintiff RUBEN ARELLANO is the first-named officer in the caption of the Complaint filed in this action.